**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7045

KALVIN MARSHALL,

Plaintiff - Appellant,

versus

DOCTOR ABBASI, Medical Doctor; MS. STAZEWSKI,
Medical Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-02-517-GBL)

Submitted:  September 16, 2004    Decided:  September 24, 2004

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kalvin Marshall, Appellant Pro Se.  John David McChesney, RAWLS &
MCNELIS, P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kalvin Marshall appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint.[1] We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.[2] See Marshall v. Abbasi, No. CA-02-517-GBL (E.D. Va. Sept. 17, 2003 & June 3, 2004).[3] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[1]Marshall's failure to present argument in his informal brief as to the district court's dismissal of his claims against Ms. Stazewski results in waiver of those claims on appeal. See Local Rule 34(b).

[2]While the district court applied the standards governed by the Eighth Amendment's prohibition against cruel and unusual punishment, as a pretrial detainee, Marshall's claim of inadequate medical care is governed by the Due Process Clause of the Fourteenth Amendment. Bell v. Wolfish, 441 U.S. 520, 535 n.16 (1979). However, with respect to claims of deliberate indifference to medical needs, a pretrial detainee's due process rights are co-extensive with a convicted prisoner's Eighth Amendment rights. Hill v. Nicodemus, 979 F.2d 987, 990-92 (4th Cir. 1992).

[3]To the extent Marshall seeks to raise claims on appeal not first presented to the district court, we decline to consider those claims.

- 2 -